**JUDGE BUCHWALD**

08 CV 4047

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
NORDANA PROJECT AND CHARTERING AS
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

RECEIVED
APR 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NORDANA PROJECT AND CHARTERING AS,      :
                                        :
                    Plaintiff,          :
                                        :    08 Civ.
          -against-                     :
                                        :    **FRCP 7.1**
SCANSCOT SHIPPING SERVICES              :
(DEUTSCHLAND) Gmbh,                     :
                                        :
                    Defendant.          :
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Nordana Project and Chartering AS has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2008

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiff
                              NORDANA PROJECT AND
                                CHARTERING AS

                              By: _____
                                  Armand M. Paré, Jr. (AP-8575)
                                  One Exchange Plaza
                                  At 55 Broadway
                                  New York, New York 10006
                                  (212) 952-6200