JUDGE BUCHWALD

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
NORDANA PROJECT AND CHARTERING AS
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-01-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORDANA PROJECT AND CHARTERING AS,         :
                                            :
                    Plaintiff,              :
                                            :     08 Civ.
        - against -                         :
                                            :     **EX PARTE ORDER**
SCANSCOT SHIPPING SERVICES                  :     **FOR PROCESS OF**
(DEUTSCHLAND) GmbH,                         :     **MARITIME ATTACHMENT**
                                            :
                    Defendant.              :
------------------------------------------------------------X

WHEREAS, on April 29, 2008, Plaintiff, Nordana Project and Chartering AS, filed a Verified Complaint herein for damages amounting to $115,000 inclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of the Court; and

WHEREAS, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District, ~~up to, but not exceeding $85,000.00 NRB~~ pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that any person claiming any interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this order, may be made by way of e-mail or facsimile transmission to any garnishee that advises plaintiff that it consents to such service and to deem such facsimile or email service as being accomplished within the district if it is transmitted from within the district; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

ORDERED that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.


Dated: New York, New York
       April 30, 2008

                                            _____
                                                        U.S.D.J.