NOURSE & BOWLES, LLP
Attorneys for Plaintiff
NORDANA PROJECT AND CHARTERING,
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NORDANA PROJECT AND CHARTERING,   :   08 Civ.4047 (NRB)
                                  :
                                  :
                     Plaintiff,   :   **VOLUNTARY DISMISSAL**
                                  :   **AND ORDER VACATING**
         -against-                :   **AND RELEASING OF**
                                  :   **ATTACHMENTS**
SCANSCOT SHIPPING SERVICES        :
(DEUTSCHLAND) GMBH,               :
                                  :
                     Defendant.   :
-------------------------------------------------------X

WHEREAS Plaintiff, NORDANA PROJECT AND CHARTERING, INC. filed its complaint on or about April 29, 2008 seeking process of maritime attachment and garnishment to obtain security for claims in arbitration in London;

WHEREAS funds have been seized pursuant to said process at JP Morgan Chase Bank JPMorgan Chase Bank, in the amount of approximately $10,987.85;

WHEREAS Plaintiff has agreed to accept alternative security for the London arbitration by a Letter of Undertaking;

WHEREAS Defendant has not appeared or moved in this action;

PLAINTIFF, NORDANA PROJECT AND CHARTERING, INC., hereby voluntarily dismisses the complaint without prejudice and without costs and seeks release of any and all attachments in this case.

Dated:   New York, New York
         May 23, 2008

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
NORDANA PROJECT AND CHARTERING

By: _____
Armand M. Paré, Jr. (AP 8575)
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

SO ORDERED:

_____
Hon. Naomi R. Buchwald
U.S.D.J. 7/30/08